**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | |
|---|---|
| DENNIS WHALEY,<br>a Kentucky resident,<br><br>Plaintiff,<br><br>v.<br><br>PSIL HOLDINGS LLC,<br>an Oklahoma limited liability company,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 5:25-CV-00324-GFVT<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO DISMISS**

Defendant, PSIL Holdings LLC ("Defendant" or "PSIL Holdings"), respectfully moves this Court to dismiss the Complaint filed by Plaintiff, Dennis Whaley ("Plaintiff" or "Whaley") for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. Plaintiff's Complaint should be dismissed because the Complaint does not plead a federal question and there is no jurisdiction under 28 U.S.C. § 1332. A Memorandum in Support of this Motion is contemporaneously filed herewith.

Respectfully submitted,

*/s/ Will E. Messer*

Will E. Messer
DENTONS BINGHAM GREENEBAUM LLP
300 West Vine Street, Suite 1300
Lexington, Kentucky 40507
Phone: (859) 231-8500
Email: will.messer@dentons.com

COUNSEL FOR DEFENDANT,
PSIL HOLDINGS, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 18th day of November, 2025, I filed the foregoing, along with a Memorandum in Support and a Proposed Order, with the Clerk of the Court by using the CM/EMF system, which will send an electronic notice of filing to all parties of record.

Martin B. Tucker
Zachary C. Webster
DINSMORE & SHOHL LLP
100 West Main Street, Suite 900
Lexington, Kentucky 40507
Email: martin.tucker@dinsmore.com
Email: Zachary.webster@dinsmore.com

*/s/ Will E. Messer*
COUNSEL FOR DEFENDANT, PSIL HOLDINGS LLC