# EXHIBIT 1

# COMMONWEALTH OF KENTUCKY
## Transportation Cabinet
**http://transportation.ky.gov**
## Division of Driver Licensing

KENTUCKY TRANSPORTATION CABINET

## W07587640 - OFFICIAL DRIVING HISTORY RECORD (KRS.186.018)

| DRIVER'S NAME | LICENSE NO. | REQUEST NO. | REQUEST DATE | REQUEST STATUS |
|---|---|---|---|---|
| WHALEY, ZACHARY T | 7640 | 673586 | 11/7/2025 | OK |

## LICENSE INFORMATION

| DATE ISSUED | DATE EXPIRED | LICENSE STATUS | CDL STATUS | HAZMAT EXPIRE DATE |
|---|---|---|---|---|
| 03/25/2021 | 05/26/2029 | IN FORCE | | |

| CLASS LICENSE | ENDORSEMENTS | RESTRICTIONS |
|---|---|---|
| Operators Class D | | |

| CLASS PERMIT | PERMIT STATUS | PERMIT ISSUE DATE | PERMIT EXPIRE DATE |
|---|---|---|---|
| | | | |

## ENTRIES

| ENTRY NO. | CITATION DATE | DESCRIPTION-LOCATION | CV | HM | CONV/ADM DATE | EXP. DATE | CITATION NO. | PTS |
|---|---|---|---|---|---|---|---|---|

***END OF RECORD***

Unauthorized use prohibited