# EXHIBIT 2

**FOR U.S. CITIZENS ONLY**

Check one: X new registration ☐ address change ☐ party change ☐ name change

| FOR CLERKS USE ONLY | | |
|---|---|---|
| PRECINCT CODE | PRECINCT NAME | OTHER CODE |
| C208 | Rothbury | |

Social Security No. [redacted]

Date of Birth (Mo.-Day-Yr.) -91

County FAYETTE

| Last Name | First Name | Middle Name | Suffix (circle one) Jr. Sr. II III IV |
|---|---|---|---|
| WHALEY, ZACHARY T. | | | |

Address Where You Live (do not give P.O. address)

Apt. #

City LEXINGTON

Zip Code 405151178

Address Where You Get Your Mail (if different from above)

City

Zip Code

Work Phone

Sex ☐ Female X Male

Home Phone

**Party Registration — check one box**

☐ Democratic Party

☑ Republican Party

☐ Other (write name below)

PLEASE NOTE: If you select "Other" as your party affiliation, you are eligible to vote for only nonpartisan offices in any primary election. You may vote for any candidate in all general or special elections.

*WARNING: If you sign this statement even though you know it is untrue, you can be convicted and fined up to $500 and/or jailed up to 12 months.*

Voter Declaration — read and sign below

I swear or affirm that:

- I am a U.S. citizen
- I live in Kentucky at the address listed above
- I will be at least 18 years of age on or before the next general election
- I will be a resident of the county for at least twenty-eight days prior to the election date
- I am not a convicted felon or if I have been convicted of a felony my civil rights must have been restored by executive pardon
- I have not been judged "mentally incompetent" in a court of law
- I do not claim the right to vote anywhere outside Kentucky

Signature [signature] Date 01/09/09

WITNESSED BY:

FEB 11 2009

WITNESSED BY:

TWO WITNESSES REQUIRED IF "MARK" IS USED

**Note: You may change your political party affiliation at any time on or before December 31st to remain eligible to vote in the following primary election. Only persons timely registered shall have the right to vote.**

SBE 01 (6/01)

COMMONWEALTH OF KENTUCKY — UNITED WE STAND DIVIDED WE FALL